July 26, 2022

United States District Court –

District of New Jersey

Carlton Grant vs. TransUnion

(Continued Attachment)

## Section 3 – AMENDED Statement of Claim:

C. Facts:

What happened to you?

I, Carlton E. Grant, am personally suing Mr. Jim Peck, Mr. Chris O' Neill, Ms. Kim Bye, Mr. Chris Hatala and Ms. Michelle Elliott-Downs of TransUnion, the consumer reporting agency for Defamation of Character regarding the numerous FCRA violations pertaining to my consumer report. These blatant violations on behalf of TransUnion have cause me extreme shame and embarrassment by my family, friends and associates alike. I've suffered from depression, suicidal thoughts and Marital instability. They have ultimately held me back from commencing in commerce in the banking system and doing business in general.

Who did what?

In the month of December of 2021, I discovered TransUnion consumer reporting agency published several unauthorized items on my consumer report. I sent a notice of disputed information to TransUnion consumer reporting agency on 1/19/2022 via USPS Certified mail. The consumer reporting agency then notified the defendant furnisher of the dispute and the furnisher failed to investigate and modify the inaccurate information.

I then sent a SECOND notice of disputed information to TransUnion consumer reporting agency on 2/18/2022 via USPS Certified mail. The consumer reporting agency then notified the defendant furnisher of the dispute and the furnisher failed to investigate and modify the inaccurate information.

Was anyone else involved?

Mr. Jim Peck

Mr. Chris O' Neill

Ms. Kim Bye

Mr. Chris Hatala

Ms. Michelle Elliott-Downs

Who else saw what happened?

Mr. Jim Peck

Mr. Chris O' Neill

Ms. Kim Bye

Mr. Chris Hatala

Ms. Michelle Elliott-Downs